**Order entered June 6, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01470-CV

### SAM GRIFFIN FAMILY INVESTMENTS-I, INC.
### D/B/A BUMPER TO BUMBER CAR WASH, Appellant

### V.

### DALLAS CENTRAL APPRAISAL DISTRICT, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 10-10450-H

## ORDER

On May 14, 2013, The Honorable Jim Jordan, Judge of the 160th Judicial District Court of Dallas County, Texas, signed findings of fact and conclusions of law. We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the trial court's May 14, 2013 findings of fact and conclusions of law.

Appellant shall file its brief thirty days after the supplemental clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons and all counsel of record.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE